FILED

08 JAN -9 PM 3:19

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___PDL___  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0096 JLS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | I N D I C T M E N T |
| v. | ) | |
| | ) | Title 18, U.S.C., |
| DANIEL RAYMOND WILLIAMS, | ) | Sec. 2252(a)(1) - Distribution of Child Pornography; |
| | ) | Title 18, U.S.C., Sec. 2253 - |
| Defendant. | ) | Criminal Forfeiture |

The grand jury charges:

Count 1

On or about June 3, 2003, within the Southern District of California, defendant DANIEL RAYMOND WILLIAMS, did knowingly transport and ship visual depictions, including a file named "9cum.art", in interstate commerce by any means, including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(1).

//

JRK:em:San Diego
1/9/08



Count 2

1  On or about August 14, 2003, within the Southern District of California, defendant DANIEL RAYMOND WILLIAMS, did knowingly transport and ship visual depictions, including a file named "UNTITLED01.JPG", in interstate commerce by any means, including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(1).

Count 3

On or about August 16, 2003, within the Southern District of California, defendant DANIEL RAYMOND WILLIAMS, did knowingly transport and ship visual depictions, including a file named "licker.jpg", in interstate commerce by any means, including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(1).

Count 4

On or about August 23, 2003, within the Southern District of California, defendant DANIEL RAYMOND WILLIAMS, did knowingly transport and ship visual depictions, including a file named "ckp_1.jpg", in interstate commerce by any means, including by computer, the production of such visual depictions having involved the use of a

//
//

1 | minor engaging in sexually explicit conduct, as defined in Title 18,
2 | United States Code, Section 2256(2), and such depictions were of such
3 | conduct; in violation of Title 18, United States Code,
4 | Section 2252(a)(1).

### Count 5

On or about August 24, 2003, within the Southern District of California, defendant DANIEL RAYMOND WILLIAMS, did knowingly transport and ship visual depictions, including a file named "696969.jpg", in interstate commerce by any means, including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(1).

### Count 6

On or about August 25, 2003, within the Southern District of California, defendant DANIEL RAYMOND WILLIAMS, did knowingly transport and ship visual depictions, including a file named "ckp_4.jpg", in interstate commerce by any means, including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(1).

//
//
//
//

### Count 7

On or about August 27, 2003, within the Southern District of California, defendant DANIEL RAYMOND WILLIAMS, did knowingly transport and ship visual depictions, including a file named "bj_young.jpg", in interstate commerce by any means, including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(1).

### Count 8

On or about August 29, 2003, within the Southern District of California, defendant DANIEL RAYMOND WILLIAMS, did knowingly transport and ship visual depictions, including a file named "01.jpg", in interstate commerce by any means, including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(1).

### Count 9

On or about August 31, 2003, within the Southern District of California, defendant DANIEL RAYMOND WILLIAMS, did knowingly transport and ship visual depictions, including a file named "5.jpg", in interstate commerce by any means, including by computer, the production of such visual depictions having involved the use of a

//
//

minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(1).

FORFEITURE ALLEGATION

As a result of committing one or more of the felony offenses alleged in Counts 1 through 9 above, defendant DANIEL RAYMOND WILLIAMS shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3), all visual depictions described in Title 18, United States Code, Sections 2251, 2251A, and 2252, and all items containing such visual depictions, which were produced, transported, mailed, shipped and received in violation of Title 18, United States Code, Sections 2251 and 2252, and the personal property used or intended to be used to commit or promote the commission of one or more of the offenses alleged in Counts 1 through 9, namely:

(1) NEC Computer Serial Number P494N14604; and

(2) Monitor, keyboard, and mouse.

All pursuant to Title 18, United States Code, Section 2253.

DATED: January 9, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOHN R. KRAEMER
Assistant U.S. Attorney

5