KAREN P. HEWITT
United States Attorney
JOHN R. KRAEMER
Assistant U.S. Attorney
California State Bar No. 110756
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-2934/(619) 557-3445 (fax)
Email: john.kramer@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0096-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| DANIEL RAYMOND WILLIAMS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|

1     Please call me if you have any questions about this notice.

2     DATED: February 10, 2008.

3                                   Respectfully submitted,

4                                   KAREN P. HEWITT
                                  United States Attorney

5                                   s/ John R. Kraemer

6

7                                   _____

                                  JOHN R. KRAEMER

                                  Assistant United States Attorney

8                                   Attorneys for Plaintiff
                                  United States of America

9                                   Email: john.kraemer@usdoj.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0096-JLS |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| DANIEL RAYMOND WILLIAMS, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, John R. Kraemer, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California 92101-8893.

I am not a party to the above-entitled action; and subsequent to filing with the Clerk of the Court, I electronically filed the foregoing with the Clerk of the District Court using its ECF System, which would then electronically notify the following ECF participant on this case:

Anthony Solare

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of February, 2008.


     s/ John R. Kraemer
     JOHN R. KRAEMER