

**FILED**

MAR 14 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. ___08CR0096-JLS___ |
| Plaintiff, | I N F O R M A T I O N |
| v. | (Superseding) |
| DANIEL RAYMOND WILLIAMS, | Title 18, U.S.C., Sec. 2252(a)(4)(B) - Possession of Child Pornography (Felony); Title 18, U.S.C. Sec. 2253 - Criminal Forfeiture |
| Defendant. | |

The United States Attorney charges:

COUNT 1

On or about June 3, 2003, within the Southern District of California, defendant DANIEL RAYMOND WILLIAMS did knowingly possess one or more matters, that is computer hard drive(s) and computer media containing digital and computer images which contained visual depictions, including file "9cum.art," that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATION

As a result of committing the felony offense alleged in Count 1 above, defendant DANIEL RAYMOND WILLIAMS shall forfeit to the United States, pursuant to Title 18, United States Code Sections 2253(a)(1) and 2253(a)(3), all visual depictions described in Title 18, United States Code, Sections 2251, 2251A, and 2252, and all items containing such visual depictions, which were produced,

1  transported, mailed, shipped and received in violation of Title 18, United States Code, Sections 2251

2  and 2252, and the personal property used or intended to be use to commit or promote the commission

3  of the offense alleged in Count 1, namely:

4         (1) NEC Computer Serial Number P494N14604; and

5         (2) Monitor, keyboard, and mouse.

6

7  DATED: 3/14/08

8                       KAREN P. HEWITT

9                       United States Attorney

10

11                      JOHN R. KRAEMER

12                      Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28