AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
MAR 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CAL.
BY _____ D

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| DANIEL RAYMOND WILLIAMS | CASE NUMBER: 08CR0096-JLS |

I, **DANIEL RAYMOND WILLIAMS**, the above named defendant, who is accused of:

Title 18, U.S.C., Sec. 2252(a)(4)(B) - Possession of Child Pornography (Felony);
Title 18, U.S.C., Sec. 2253 - Criminal Forfeiture

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _3-14-08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
DANIEL RAYMOND WILLIAMS
Defendant

_____
ANTHONY J. SOLARE
Counsel for Defendant

Before _____
JUDICIAL OFFICER