AO 442

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

FILED

V.

**WARRANT FOR ARREST**

DANIEL RAYMOND WILLIAMS

03 MAR 27 AM 8:33

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CASE NUMBER:    08CR0096 JLS

BY            DEPUTY 

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          DANIEL RAYMOND WILLIAMS

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Order of Court    [ ] Violation Notice    [ ] Probation Violation Petition

[ ] Pretrial Violation

charging him or her with (brief description of offense)

18:2252(a)(1); 18:2253

DATE 3/8/08
ARRESTED BY FBI
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY Edra Rogers

2008 JAN -9 A 4:10
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

RECEIVED

In violation of Title          See Above          United States Code, Section(s)

W. Samuel Hamrick, Jr.

Clerk of the Court

Name of Issuing Officer

Title of Issuing Officer

P. DelaCruz

1/9/2008   San Diego, CA

Signature of Deputy

Date and Location

Bail fixed at $          No Bail          by          The Honorable Louisa S. Porter

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II J                     FBI                     3705
(Dist Child Porn)