1 | Anthony J. Solare (SBN 149348)
2 | asolare@sdcriminallaw.com
  | Solare & Associates
3 | 1230 Columbia Street, Suite 850
  | San Diego, CA 92101
4 | Tel: (619) 234-7575
  | Fax: (619) 233-8866
5 | Attorneys for Defendant,
6 | Daniel Williams

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 08CR00096-JLS |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) SENTENCING HEARING |
| DANIEL WILLIAMS, | ) |
| Defendant | ) Date: June 20, 2008 |
|  | ) Time: 9:00 a.m. |
|  | Hon. Janis L. Sammartino |

**IT IS HEREBY AGREED BETWEEN THE PARTIES**, Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney John R. Kraemer, and Anthony J. Soalre, counsel for Defendant, Daniel Williams, that the sentencing hearing scheduled for Friday, June 20, 2008, at 9:00 a.m., be continued to Friday, July 18, 2007 at 9:00 a.m.

Dated: June 18, 2008

*S/John R. Kraemer*
JOHN R. KRAEMER
Assistant United States
Attorneys for Plaintiff
United States of America
Email: john.kraemer@usdoj.gov

| | |
|---|---|
| Dated: February 21, 2007 | *s/Anthony J. Solare* <br> ANTHONY J. SOLARE <br> Attorney for Defendant <br> Daniel Williams <br> Email: <br> asolare@sdcriminallaw.com |