Anthony J. Solare (SBN 149348)
asolare@sdcriminallaw.com
Solare & Associates
1230 Columbia Street, Suite 850
San Diego, CA 92101
Tel:  (619) 234-7575
Fax: (619) 233-8866

Attorneys for Defendant,
Daniel Williams

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 08CR00096-JLS |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| DANIEL WILLIAMS, | ) | |
| Defendant | ) | |

Upon joint motion of the parties and good cause appearing,

**IT IS HEREBY ORDERED** that the sentencing hearing scheduled for Friday, June 20, 2008, at 9:00 a.m., be continued to Friday, July 18, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 18, 2008

Honorable Janis L. Sammartino
United States District Judge