Anthony J. Solare SBN 149348
Solare & Associates
1230 Columbia Street, Suite 850
San Diego, CA 92101
Tel:  (619) 234-7575
Fax: (619) 233-8866
Email: asolare@sdcriminallaw.com

Attorneys for Defendant
Daniel Williams

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, | Case No.: 08cr0096-JLS |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| DANIEL WILLIAMS, | |
| Defendant | |

IT IS HEREBY CERTIFIED THAT:

I, Anthony J. Solare, am a citizen of the United States and am at least eighteen years of age. My business address is 1230 Columbia Street Suite 850, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Defendant's Revised Sentencing Memorandum on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1. John R. Kramer   John.Kraemer@usdoj.gov

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case: None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2008.

                                                                         /s/Anthony J. Solare
                                                                         ANTHONY J. SOLARE