UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08cr0096-JLS |
| Plaintiff, | ) | |
| | ) | PRELIMINARY ORDER OF |
| v. | ) | CRIMINAL FORFEITURE |
| | ) | |
| DANIEL RAYMOND WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, in the Information in the above-captioned case, the United States sought forfeiture of all rights, title and interest in specific property of the above-named defendant pursuant to 18 U.S.C. § 2253 as property used or intended to be used to commit or promote the offenses charged in the Information; and

WHEREAS, on or about March 14, 2008, the above-named defendant, DANIEL RAYMOND WILLIAMS ("Defendant"), pled guilty to the Information; and

WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of said property, pursuant to 18 U.S.C. § 2253(a)(1), (a)(3) and(m) and Rule 32(d)(2) of the Federal Rules of Criminal Procedure; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeited properties and the offense; and

//

//

1     WHEREAS, pursuant to Rule 32(d)(2), the United States having requested the authority to take custody of the following properties which were listed in the Information and found forfeitable by the Court, namely:

    (1)    NEC Computer Serial Number P494N14604; and
    (2)    Monitor, keyboard, and mouse.

    WHEREAS, on July 11, 2008, the United States having submitted the Motion and Order herein to the Defendant through his attorney of record to review, and the Defendant having failed to raise any objections to the timing and form of the order;

    Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty plea of the Defendant, the United States is hereby authorized to seize the following property, and all rights, title and interest of DANIEL RAYMOND WILLIAMS in the following properties are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C. § 2253(m):

    (1)    NEC Computer Serial Number P494N14604; and
    (2)    Monitor, keyboard, and mouse.

2. The aforementioned forfeited properties are to be held by the United States Marshals Service in its secure custody and control.

3. Pursuant to 18 U.S.C. § 2253(m), the United States forthwith shall publish, at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the Marshals Service's intent to dispose of the property in such manner as the Attorney General may direct and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

//
//
//

1  This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice to those persons so notified.

4. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 18 U.S.C. § 2253(m), in which all interests will be addressed.

DATED: August 19, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge